LOUIS M. BUBALA III, ESQ  
Nevada Bar #8974  
ARMSTRONG TEASDALE LLP  
50 West Liberty, Suite 950  
Reno, NV 89501  
Telephone:  775.322.7400  
Facsimile:  775.322.9049  
Email:  lbubala@armstrongteasdale.com  

ELECTRONICALLY FILED ON  
April 6, 2012

Attorneys for Branch Banking and Trust Company

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>BIG STUFF STORAGE LLC,<br><br>　　Debtor. | Case No.: BK-N-10-50471-GWZ<br><br>Chapter: 7<br><br>**STIPULATION REGARDING BANKRUPTCY AUTOMATIC STAY**<br><br>Hearing Date:  N/A<br>Hearing Time:  N/A |

     Creditor Branch Banking & Trust Co. ("BB&T") and Chapter 7 Trustee Christina W. Lovato stipulate as follows:

     1.     BB&T is the beneficiary of the first deed of trust recorded against the real property of Big Stuff Storage, LLC, commonly known as 7875 North Virginia Street in Reno, Nevada.

     2.     The Bankruptcy Court confirmed Big Stuff Storage, LLC's Chapter 11 Plan of Reorganization on December 30, 2010 (Ct. Dkt. #80).

     3.     The Office of the U.S. Trustee moved to convert this case to Chapter 7 on December 22, 2011 (Ct. Dkt. #108).

     4.     The Bankruptcy Court orally granted the motion on February 22, 2012, and entered its order converting the case to Chapter 7 on February 23, 2012 (Ct. Dkt. #124).

     5.     The Office of the U.S. Trustee appointed Ms. Lovato as the Chapter 7 Trustee on February 24, 2012 (Ct. Dkt. #126).

     6.     There is no automatic stay in place.

     7.     The automatic stay against property of the bankruptcy estate arises upon the filing of a bankruptcy petition, 11 U.S.C. § 362(a).  However, the stay terminates upon confirmation of a case

1  because the property of the bankruptcy estate revests with the debtor, 11 U.S.C. §§ 362(c)(1), 1141(b).

2  8.    The automatic stay in this case terminated when the Bankruptcy Court confirmed Big Stuff Storage, LLC's plan of reorganization on December 30, 2010, 11 U.S.C. §§ 362(a), 362(c)(1), 1141(b).

3  9.    The automatic stay was not reinstated when the court converted this case to Chapter 7 because the stay only arises upon the filing of a petition, 11 U.S.C. § 362(a).

Dated this 6th day of April, 2012

ARMSTRONG TEASDALE LLP

/s/Louis M. Bubala III
LOUIS M. BUBALA III, ESQ.
50 W. Liberty St., Ste. 950
Reno, NV 89501
T/775-322-7400
F/ 775-322-9049
E/ lbubala@armstrongteasdale.com

Counsel for Branch Banking & Trust Co.

Dated this 6th day of April, 2012

CHAPTER 7 TRUSTEE

/s/Christina W. Lovato
CHRISTINA W. LOVATO
P.O. Box 18417
Reno, NV 89511
T/ 775-851-1424
E/ trusteelovato@att.net

Chapter 7 Bankruptcy Trustee, In re Big Stuff Storage, LLC