


Honorable Gregg W. Zive
United States Bankruptcy Judge

**Entered on Docket**
**April 09, 2012**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Case No.: BK-N-10-50471-GWZ |
|---|---|
| | Chapter: 7 |
| BIG STUFF STORAGE LLC, | **ORDER GRANTING STIPULATION REGARDING BANKRUPTCY AUTOMATIC STAY** |
| Debtor. | |
| | Hearing Date: N/A |
| | Hearing Time: N/A |

On April 6, 2012, Creditor Branch Banking & Trust Co. ("BB&T") and Chapter 7 Trustee Christina W. Lovato filed a stipulation that there is no automatic stay under 11 U.S.C. § 362(a) in effect in this case based on Debtor's prior confirmation of its plan of reorganization, 11 U.S.C. §§ 362(c)(1), 1141(b), and subsequent order granting the Office of the U.S. Trustee's motion to convert this case to Chapter 7.

**IT IS SO ORDERED.**

# # #

Submitted by:

Dated this 6th day of April, 2012

ARMSTRONG TEASDALE LLP

/s/Louis M. Bubala III
LOUIS M. BUBALA III, ESQ.
50 W. Liberty St., Ste. 950
Reno, NV 89501
T/775-322-7400
F/775-322-9049
E/lbubala@armstrongteasdale.com

Counsel for Branch Banking & Trust Co.

Dated this 6th day of April, 2012

CHAPTER 7 TRUSTEE

/s/Christina W. Lovato
CHRISTINA W. LOVATO
P.O. Box 18417
Reno, NV 89511
T/775-851-1424
E/trusteelovato@att.net

Chapter 7 Bankruptcy Trustee, In re Big Stuff Storage, LLC